UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN SURRATT,<br>    Plaintiff,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC.,<br>    Defendant. | CIVIL NO. 3:05cv1599(AHN)<br><br>February 28, 2006<br>~~JANUARY~~ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Kevin Surratt, and the defendant, IKON Office Solutions, Inc., through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed as to the defendant, in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

| PLAINTIFF,<br>KEVIN SURRATT | DEFENDANT,<br>IKON OFFICE SOLUTIONS, INC. |
|---|---|
| By: /s/ Barbara E. Gardner<br>Barbara E. Gardner   CT07623<br>843 Main Street, Suite 1-4<br>Manchester, CT  06040<br>P: (860) 643-5543 | By: /s/ Holly L. Cini<br>Holly L. Cini<br>Jackson Lewis LLP<br>90 State House Square, 8th Floor<br>Hartford, CT  06103<br>P: (860) 522-0404 |